**Electronically Filed
Supreme Court
SCPW-25-0000510
04-MAR-2026
12:56 PM
Dkt. 13 ODDP**

SCPW-25-0000510

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

FREEDOM SPAS LLC and ERIC SAVAGE,
Petitioners,

vs.

THE HONORABLE LANCE D. COLLINS,
Judge of the District Court of the Second Circuit,
State of Hawai'i, Respondent Judge,

and

HONUA KAI CONDOMINIUM ASSOCIATION, INC.,
Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 2DRC-25-0000967)

<u>ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS</u>
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Nakamoto, assigned by reason of vacancy)

Upon consideration of the petition for writ of mandamus filed July 11, 2025, and the record, including the record of 2DRC-25-0000967, the parties have since filed a stipulation to dismiss 2DRC-25-0000967 with prejudice and 2DRC-25-0000967 has been dismissed with prejudice.

It is ordered that the petition is dismissed with prejudice.

DATED:  Honolulu, Hawaiʻi, March 4, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Henry T. Nakamoto

